

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:    In re The State of Texas (ex rel. Kim Ogg, Harris County District Attorney)

Appellate case number:  01-20-00642-CR

Trial court case number: 2282643

Trial court:            County Criminal Court at Law No. 8 of Harris County, Texas

Relator, the State of Texas, has filed a motion to stay all proceedings in the trial court pending this Court's ruling on relator's petition for writ of mandamus and petition for writ of prohibition. It is **ordered** that the bench trial of real party in interest, Celso Sapon-Rosales, is hereby stayed pending this Court's ruling on relator's petition for writ of mandamus and petition for writ of prohibition. To the extent the motion seeks to stay any other proceedings in the trial court, the motion is **denied.**

Further, the Court requests that real party in interest respond to the petition for writ of mandamus and writ of prohibition. It is **ordered** that the response, if any, shall be due no later than seven days from the date of this order.

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
            ☑ Acting individually    ☐ Acting for the Court

Date: __September 14, 2020_____